**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

HENRY ASBERRY,

    Plaintiff,

v.   Case No.: 3:15-CV-00954-MMH-JBT

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HENRY ASBERRY, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, HENRY ASBERRY, and Defendant, ENHANCED RECOVERY COMPANY, LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    */s/ Amanda J. Allen*
    AMANDA J. ALLEN, ESQUIRE
    Florida Bar No. 0098228
    MORGAN & MORGAN, TAMPA, P.A.
    One Tampa City Center
    201 N. Franklin Street, Suite 700
    Tampa, FL 33602
    Telephone:  (813) 223-5505
    Facsimile:   (813) 223-5402
    Primary Email: AAllen@ForThePeople.com
    Secondary: LCrouch@ForThePeople.com
    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of November, 2015, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties requesting notification of such filings, and of which are listed below:

SCOTT S. GALLAGHER, ESQUIRE
Email: ssgallagher@sgrlaw.com
RICHARD RIVERA, ESQUIRE
Email: rrivera@sgrlaw.com
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Tel: (904) 598-6111
Fax: (904) 598-6211
*Attorneys for Defendant*

                    */s/ Amanda J. Allen*
                    ATTORNEY
                    Florida Bar #:  0098228