**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

HENRY ASBERRY,

        Plaintiff,

v.                                                        Case No.  3:15-cv-954-J-34JBT

ENHANCED RECOVERY COMPANY, LLC,

        Defendant.

_____

## O R D E R

**THIS MATTER** comes before the Court on Plaintiff's Notice of Settlement (Dkt. No. 16; Notice) filed on November 30, 2015.  In the Notice, Plaintiff advises the Court that the parties have reached a settlement in this matter.  See Notice at 1.  Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **February 1, 2016**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **February 1, 2016**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The final pretrial conference scheduled for August 22, 2016, is cancelled, and this case is removed from the September 2016, trial term.

4.	The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida, this 1st day of December, 2015.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record